IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ANTHONY JOSEPH PAUL, | ) | |
|---|---|---|
| Petitioner, | ) | 8:18CV595 |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | MEMORANDUM AND ORDER |
| Respondent. | ) | |

This § 2241 petition for writ of habeas corpus is before me for initial review.[1] Petitioner alleges he is being detained unlawfully in the Grand Island, Nebraska jail pursuant to an immigration placement. He claims that the immigration judge ruled in his favor and ordered his release. He further claims that the government appealed but the appeal was dismissed. Notwithstanding the immigration judge's order for release, Petitioner claims the government continues to hold him unlawfully.

IT IS ORDERED that the United States shall show cause why the Petitioner should not be released pursuant to a writ of habeas corpus and such cause shall be shown no later than the close of business on Friday, January 25, 2019. The Clerk shall change the name of the Respondent to the United States of America on the docket sheet and serve a copy of this Memorandum and Order on Assistant United States Attorney Robert Homan, Chief of the Civil Division, by providing him with notice via CM/ECF. My chambers shall also send a copy to Mr. Homan via e-mail.

DATED this 11th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

[1] I construe the petition under the provisions of 28 U.S.C. § 2241(c). I conduct an initial review of the petition under 28 U.S.C. § 2243. Moreover, Rule 1(b) of the Rules Governing Section 2254 Cases in the United States District Courts permit me to apply those rules (including Rule 4) to § 2241 petitions.