IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ANTHONY JOSEPH PAUL, | ) | |
|---|---|---|
| Petitioner, | ) | 8:18CV595 |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| Respondent. | ) | |

After considering the government's thorough response,

IT IS ORDERED that:

(1) This matter will be held in abeyance until April 8, 2019.

(2) On April 8, 2019, the government shall advise the court whether the petitioner has been removed to Sudan. If he has not been removed, the government shall explain the reasons for the delay.

DATED this 28th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge